# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO DEVELOPED METHODS LLC. | ) ) ) ) ) CASE NO. |

## MOTION FOR CLERK'S ISSUANCE OF SUBPOENA TO DEVELOPED METHODS LLC. PURSUANT TO 17 U.S.C. § 512(h)

Ubifunstudio Co., Ltd ("Ubifun") respectfully requests the Clerk of this Court, pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h), to issue a subpoena for documents and information identifying the following publisher on DEVELOPED METHODS LLC.:

Game Title: Crystal Reborn Dekaron (URL: http://reborn-crystal.ddns.net/site.php).

This account was used to post counterfeit games that are subject to the DMCA takedown notice submitted by Ubifun, on September 22, 2025. A copy of the receipt of said notice from Developed Methods LLC. is attached as **Exhibit 1**. A copy of the proposed subpoena is attached as **Exhibit 2**. A copy of a sworn declaration by Erica Van Loon in support of issuing the subpoena is attached as **Exhibit 3**.

Dated: October 24, 2025

NIXON PEABODY, LLP
*/s/ Erica J. Van Loon*
Erica J. Van Loon

300 S Grand Ave Suite 4100
Los Angeles CA 90070
evanloon@nixonpeabody.com
T/ +1 213.629.6157

4930-9626-3283.1