# **EXHIBIT 1**

September 22, 2025
Developed Methods LLC
Carson City, Nevada

**RE: DMCA Take Down**

This is a letter to serve as official notification of copyright infringement pursuant to the Digital Millennium Copyright Act ("DMCA") 17 U.S.C. § 512(c) (3) for materials on Developed Methods LLC.

Ubifun Studio is the exclusive copyright and trademark holder of the game DEKARON. (https://dekaron.ubifungames.com/)

DEKARON was first published in Korea on May 4, 2004 (with the teaser site launched earlier), followed by its open beta release on May 4, 2005. The game was later launched in the United States and Europe on July 30, 2007.

The game Crystal Reborn Dekaron is infringing upon Ubifun Studio's copyright and trademark rights.

This includes, but is not limited to, unauthorized use of source code, game content, gameplay methods, UI design, character and background images, music, and trademarks.

We request that this infringing content be removed immediately in accordance with the DMCA.

- **Infringing material:**

Crystal Reborn Dekaron
URL: http://209.25.141.22:9001/site.php

Ubifun obtained multiple copyright and trademark rights in US and Korea.

1. **Trademark**

   - Two registered Trademarks and one pending Trademarks in the US. (Registered: 7159507, 7159503, Pending: 98561698)
   - Three registered Trademarks in Korea (41-0111089, 40-1770290, 40-1770299)

2. **Copyright**

   - One registered Copyright in the US (TX 9-436-663)
   - One registered Copyright in Korea (S-2005-001386)

Upon receipt of this notice, I request that you expeditiously remove or disable access to the materials identified above as being the subject of infringement.

I am providing this notice in good faith and with the reasonable belief that our rights as the exclusive rights holder are being infringed.

If you have any question, please contact me.

Sincerely,
Yun

*[signature]*

Special Counsel



Re: Reporting IP abuse: DMCA take down

Patrick Lorio <hello@methods.dev>
To: Kim, Yun

Mon 9/29/2025 3:02 PM

Follow up. Start by Monday, September 29, 2025. Due by Monday, September 29, 2025.
You replied to this message on 10/10/2025 10:26 AM.

Hi Yun,

The account holder has acknowledged the DMCA notice and I have provided your contact information so they can follow up with you directly.

Please note that Playit does not share account holder details with third parties except as required by law, such as in response to a valid subpoena or court order.

I hope you are able to resolve this matter directly with the account holder.

Best regards,
Patrick