# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE DIGITAL MILLENNIUM COPYRIGHT ACT SECTION 512(h) SUBPOENA TO DEVELOPED METHODS LLC. | ) ) ) ) ) |

**DECLARATION OF ERICA J. VAN LOON IN SUPPORT OF SUBPOENA TO OBTAIN THE IDENTITY OF DEVELOPED METHODS LLC. CUSTOMER PURSUANT TO 17 U.S.C. 512(h)**

I, Erica J. Van Loon, declare as follows:

1. I am a partner at Nixon Peabody LLP and counsel for Ubifunstudio Co., Ltd. ("Ubifun"). I make this declaration in support of Ubifun's request for the clerk of the Northern District of Illinois to issue the subpoena attached hereto, pursuant to the Digital Millennium Copyright Act (DMCA), 17 U.S.C. § 512(h). I have personal knowledge of the facts stated in this declaration and, if called to do so, would testify competently thereto.

2. I am duly authorized by Ubifun to make this request on Ubifun's behalf.

3. Ubifun's games are located at http://dekaron.ubifungames.com (the "Ubifun Website"). Ubifun is the exclusive owner of all games and content currently and previously published on the Ubifun Website (the "Copyrighted Content").

4. Ubifun recently discovered a counterfeit game hosted by Developed Methods LLC.: http://reborn-crystal.ddns.net/site.php. This game is a virtual copy of Ubifun's Dekaron Online game and uses Copyrighted Content without Ubifun's authorization, thereby violating Ubifun's copyright rights in the Copyrighted Content (the "Infringing Game"). The Infringing Game was

hosted by Developed Methods LLC.

5. On September 22, 2025, Ubifun has attempted to take down the counterfeit game and submitted a DMCA takedown notice (attached to the requested subpoena) to Developed Methods LLC. pursuant to 17 U.S.C. Section 512(C)(3)(A). The DMCA notice was delivered on September 22, 2025, to Developed Methods LLC. via email: hello@methods.dev.

6. At the present time, Developed Methods LLC. has not taken appropriate action in response to the DMCA Notice and has not taken the infringing game down off its site. Furthermore, Developed Methods LLC. has not provided Ubifun with the identity of the customer who created and is operating the Infringing Game.

7. As stated by Developed Methods LLC, the company's policies require a subpoena or court order to compel it to disclose information regarding a Developed Methods LLC customer.

8. The sole purpose for which the requested subpoena is sought is to obtain the identity of the alleged infringer described in the DMCA Notice. This information will only be used for the purpose of protecting Ubifun's copyright rights.

I declare under penalty of perjury under the laws of the United States of America and the State of Illinois that the foregoing is true and correct.

Executed on October 24, 2025 at Los Angeles, California.

NIXON PEABODY LLP

BY: *Erica J. Van Loon*

ERICA J. VAN LOON

*Attorneys for Ubifunstudio Co., Ltd*