# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Ubifun Studio Co., Ltd

Case Number: 1:25-cv-13042

An appearance is hereby filed by the undersigned as attorney for:

Ubifun Studio Co., Ltd

Attorney name (type or print): Erica J. Van Loon

Firm: Nixon Peabody LLP

Street address: 300 South Grand Avenue, Suite 4100

City/State/Zip: Los Angeles, CA 90071

Bar ID Number: 227712
(See item 3 in instructions)

Telephone Number: 213-629-6000

Email Address: evanloon@nixonpeabody.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

Are you appearing *pro hac vice*? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

___

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 24, 2025

Attorney signature: /S/ Erica J. Van Loon
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023