# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Ubifun Studio Co., Ltd.

                      Plaintiff,

v.                                             Case No.: 1:25−cv−13042

                                                        Honorable Robert W. Gettleman

                      Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Daniel P. McLaughlin for the purpose of holding proceedings related to: discovery including the motion for issuance of subpoena [2]. (cn) Emailed notice.

Dated: October 28, 2025

                                                                                     /s/ Robert W. Gettleman

                                                                                  United States District Judge