# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Ubifun Studio Co., Ltd.

                      Plaintiff,

v.                                           Case No.: 1:25−cv−13042
                                               Honorable Robert W. Gettleman

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 30, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: This matter has been referred to Judge McLaughlin for discovery, including the subpoena motion found at [2]. Upon review of the Motion [2], the Court finds that it complies with the requirements of the Digital Millennium Copyright Act (17 U.S.C. section 512(h)) and grants the Motion. The Clerk is directed to issue the subject subpoena to DEVELOPED METHODS LLC. Plaintiff is directed to file a status report updating the Court on the outcome of the subpoena by 12/1/25. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.